UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS, INC., *et al.*, § § § *Plaintiffs*, § § v. § § SATURNINO CAMPUZANO, § § *Defendant*. § | CIVIL ACTION H-06-2147 |

### DEFAULT JUDGMENT AND PERMANENT INJUNCTION

The Plaintiffs' Application for Default Judgment By The Court (Dkt. 11) is GRANTED. It is ORDERED AND ADJUDGED that:

1. The defendant shall pay damages to the plaintiffs for infringement of the plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00).

2. The defendant shall pay the plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. The defendant shall be and hereby is enjoined from directly or indirectly infringing the plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "By Myself," on album "Hybrid Theory," by artist Linkin Park (SR# 288-402);

- "Tumba Falsa," on album "La Garra De ...," by artist Los Tigres Del Norte (SR# 171-530);

- "Cuestion Olvidada," on album "Unidos Para Siempre," by artist Los Tigres Del Norte (SR# 221-706);

- "Margaritaville," on album "Under The Influence," by artist Alan Jackson (SR# 303-828);

- "Shame," on album "Yourself or Someone Like You," by artist Matchbox 20 (SR# 227-755);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the plaintiffs (or any parent, subsidiary, or affiliate record label of the plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of the plaintiffs. The defendant also shall destroy all copies of Plaintiffs' Recordings that the defendant has downloaded onto any computer hard drive or server without the plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in the defendant's possession, custody, or control.

Signed at Houston, Texas on January 4, 2007.

_____
Gray H. Miller
United States District Judge